JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>RL FILMS, LLC, and GENIUS PRODUCTS, LLC,<br><br>Respondents. | Case No. 16-4162 – DSF (SKx)<br><br>**JUDGMENT** |

The Court having granted the Screen Actors Guild-American Federation of Television and Radio Artists' (SAG-AFTRA's) Motion to Confirm Arbitration Award,

IT IS ORDERED AND ADJUDGED that judgment be entered as follows:

1. The arbitration award in favor of SAG-AFTRA against RL Films, LLC and Genius Products, LLC dated June 12, 2012, is confirmed in all respects.
2. RL Films and Genius Products are ordered to pay SAG-AFTRA the

$1,638,461.22 award, $2,400 in attorneys' fees, and $400 in costs.

Dated:   6/29/16

*Dale S. Fischer*

Dale S. Fischer
United States District Judge